Robert CLEMENT, Plaintiff–Appellant,

v.

BOJANGLES' RESTAURANTS,
INCORPORATED, Defendant–
Appellee.

No. 01–1154.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 6, 2001.

Robert Clement, pro se. Charles Evans
Johnson, Robinson, Bradshaw & Hinson,
P.A., Sandra G. Cordova, Bojangles' Res-
taurants, Incorporated, Charlotte, NC, for
appellee.

Before WILKINS, TRAXLER, and
KING, Circuit Judges.

PER CURIAM.

Robert Clement appeals the magistrate judge's order granting summary judgment in favor of Bojangles' Restaurants, Inc., in this action alleging violations of the Americans with Disabilities Act.* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *Clement v. Bojangles' Restaurants, Inc.*, No. CA–99–1010–1 (M.D.N.C. filed Jan. 4, 2001; entered Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* This case was decided by a magistrate judge exercising jurisdiction upon consent of the